AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Personal Audio, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:13-cv-13 Pre-Trial Consolidation |
| Togi Entertainment, Inc.; HowStuffWorks.com et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Personal Audio, LLC                                                                                              .

Date:  08/05/2013

/s/ Jeremy S. Pitcock
*Attorney's signature*

JEREMY S. PITCOCK
*Printed name and bar number*

PITCOCK LAW GROUP
1501 Broadway, 12th Floor
New York, NY 10036

*Address*

jpitcock@pitcocklawgroup.com
*E-mail address*

(646) 571-2237
*Telephone number*

(646) 571-2001
*FAX number*