**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CBS CORPORATION (2:13-cv-270); NBCUNIVERSAL MEDIA, LLC (2:13-cv-271)**<br><br>Defendants. | **Civil Action No. 2:13-cv-270-JRG**<br><br>**Civil Action No. 2:13-cv-271-JRG**<br><br>**(Consolidated for Pre-Trial in 2:13-cv-13)**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS AND FOR EXTENSION OF TIME TO SERVE INVALIDITY CONTENTIONS**

Plaintiff Personal Audio, LLC ("Plaintiff") moves as follows:

1. Plaintiff served its infringement contentions against Defendant CBS Corporation ("CBS") and Defendant NBCUniversal Media, LLC's ("NBC") (collectively, "Defendants") on Thursday, August 1, 2013. Following service of these contentions, Plaintiff and its counsel discovered that it had omitted a number of accused products from the infringement contentions against Defendants.

2. On Monday, August 5, 2013, Plaintiff's counsel contacted Counsel for CBS and NBC to communicate its desire to amend the infringement contentions to add the omitted accused products no later than Friday, August 9, 2013.

3.	On Tuesday, August 6, 2013, Defendants agreed to Plaintiff's request for an extension and requested a two week extension of the date by which invalidity contentions must be served until October 10, 2013.

4.	Plaintiff has agreed to Defendants' request and Plaintiff hereby moves the Court for leave to amend its infringement contentions by August 9, 2013 and an extension of Defendants' time to serve their invalidity contentions until October 10, 2013.  Defendants do not oppose this motion.

Plaintiff respectfully requests the Court grant Plaintiff leave to amend its infringement contentions by no later than Friday, August 9, 2013 and permit Defendants to serve their invalidity contentions no later than October 10, 2013.  This motion is not brought for the purpose of the delay, but only so that justice may be served.

Respectfully Submitted,

Dated:  August 7, 2013

By:  */s/ Papool S. Chaudhari*
_____
Papool S. Chaudhari
Texas State Bar No. 24076978
CHAUDHARI LAW, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

Jeremy S. Pitcock
PITCOCK LAW GROUP
1501 Broadway, 12th Floor
New York, NY 10036
(646) 571-2237
(646) 571-2001 Fax
jpitcock@pitcocklawgroup.com

**ATTORNEYS FOR PLAINTIFF
PERSONAL AUDIO, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5.  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via email on this 7th day of August, 2013.

*/s/ Papool S. Chaudhari*

Papool S. Chaudhari