IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TOGI ENTERTAINMENT, INC.,<br><br>        Defendant. | Case No. 2:13-cv-00013-JRG-RSP<br><br>LEAD CASE |
| PERSONAL AUDIO, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CBS CORPORATION,<br><br>        Defendant. | Case No. 2:13-cv-00270-JRG-RSP |
| PERSONAL AUDIO, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>        Defendant. | Case No. 2:13-cv-00270-JRG-RSP |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO
PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' AFFIRMATIVE DEFENSES
AND COUNTERCLAIMS FOR FAILURE TO STATE A
CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendants CBS Corporation and NBCUniversal Media, LLC (collectively

"Defendants") file this Unopposed Motion for Extension of Time to File a Response to Plaintiff

Personal Audio, LLC's ("Plaintiff") Motion to Dismiss Defendants' Affirmative Defenses and

Counterclaims for Failure to State a Claim Upon Which Relief Can Be Granted ("Motion to Dismiss").

Defendants have requested, and Plaintiff has agreed, to an extension of Defendants' time to respond to the Motion to Dismiss up to and including August 12, 2013.  A proposed Order granting this unopposed motion is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully move the Court to extend the deadline for Defendants' to respond to Plaintiff's Motion to Dismiss up to and including August 12, 2013.

Dated:  August 7, 2013                          Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
(903) 509-5000 (telephone)
(903) 509-5092 (facsimile)

Steven Lieberman
slieberman@rothwellfigg.com
Sharon L. Davis
sdavis@rothwellfigg.com
Brian S. Rosenbloom
brosenbloom@rothwellfigg.com
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040 (telephone)
(202) 783-6031 (facsimile)

*Attorneys for Defendants*
*CBS Corporation and*
*NBCUniversal Media, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 7th day of August, 2013.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendants CBS Corporation and NBCUniversal Media, LLC has conferred with Plaintiff's counsel concerning this motion and they do not oppose the motion.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth