**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**TOGI ENTERTAINMENT, INC; HOWSTUFFWORKS.COM; CBS CORPORATION; NBCUNIVERSAL MEDIA, LLC**<br><br>Defendants. | **2:13-cv-13 (Consolidated for Pre-Trial)**<br><br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF FILING IN MEMBER CASES**

This Notice is to inform the Court that Plaintiff Personal Audio, LLC's Sur-Reply to Certain Defendants' Motion to Transfer under 28 U.S.C. § 1404(a) has been filed on this date in the Member Cases (2:13-cv-270 and 2:13-cv-271).

                                                Respectfully Submitted,

                                                **PERSONAL AUDIO, LLC**

                                                */s/ Papool S. Chaudhari*

Dated: August 12, 2013         By: _____
                                                  Papool S. Chaudhari
                                                  Texas State Bar No. 24076978
                                                  CHAUDHARI LAW, PLLC
                                                  P.O. Box 1863
                                                  Wylie, Texas 75098
                                                  Phone: (214) 702-1150
                                                  Fax: (214) 705-3775

Papool@ChaudhariLaw.com

Jeremy S. Pitcock
PITCOCK LAW GROUP
1501 Broadway, 12th Floor
New York, NY 10036
(646) 571-2237
(646) 571-2001 Fax
jpitcock@pitcocklawgroup.com

**ATTORNEYS FOR PLAINTIFF
PERSONAL AUDIO, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via email on this 12th day of August, 2013.

*/s/ Papool S. Chaudhari*

_____
Papool S. Chaudhari