**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**TOGI ENTERTAINMENT, INC; HOWSTUFFWORKS.COM; CBS CORPORATION; NBCUNIVERSAL MEDIA, LLC**<br><br>   Defendants. | **2:13-cv-13 (Consolidated for Pre-Trial)**<br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |
|    v.<br><br>**LOTZI DIGITAL, INC. and A PARNERSHIP CONSISTING OF ADAM CAROLLA, DONNY MISRAJE, KATHEE SCHNEIDER-MISRAJE, SANDY GANZ AND DOES 1-10, INCLUSIVE dba "ACE BROADCASTING" and/or "CAROLLA DIGITAL",**<br><br>   Defendants. | <br><br><br><br>**CIVIL ACTION NO. 2:13-cv-00014**<br><br><br><br>**JURY TRIAL DEMANDED** |
|    v.<br><br><br>**FOX BROADCASTING COMPANY and FOX NETWORKS GROUP, INC.**<br><br>   Defendants. | <br><br><br>**CIVIL ACTION NO. 2:13-cv-577**<br><br><br><br>**JURY TRIAL DEMANDED** |

**<u>PLAINTIFF PERSONAL AUDIO, LLC'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Personal Audio, LLC states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully Submitted,

**PERSONAL AUDIO, LLC**

Dated:  August 13, 2013         By:  */s/ Papool S. Chaudhari*
_____
Papool S. Chaudhari
Texas State Bar No. 24076978
CHAUDHARI LAW, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

Jeremy S. Pitcock
PITCOCK LAW GROUP
1501 Broadway, 12th Floor
New York, NY 10036
(646) 571-2237
(646) 571-2001 Fax
jpitcock@pitcocklawgroup.com

**ATTORNEYS FOR PLAINTIFF
PERSONAL AUDIO, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5.  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via email on this 13th day of August, 2013.

*/s/ Papool S. Chaudhari*

———————————
Papool S. Chaudhari