IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**<br><br>      Plaintiff and<br>      Counter-Defendant,<br><br>v.<br><br>**HOWSTUFFWORKS.COM,**<br><br>      Defendant and<br>      Counter-Plaintiff. | CIVIL ACTION NO. 2:13-CV-00015-JRG-RSP<br><br>[CONSOLIDATED FOR PRETRIAL AS: NO. 2:13-CV-00013-JRG-RSP] |

### [PROPOSED] ORDER GRANTING HOWSTUFFWORKS'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

THIS MATTER having come before the Court by way of Defendant HowStuffWorks's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a); and the Court having considered the papers and evidence submitted in support thereof and in opposition thereto, as well as the arguments of the parties; now, for the reasons set forth on the record; and for good cause shown:

The Motion is hereby GRANTED.

IT IS on this ____ day of _____ 2013, THEREFORE ORDERED that this case be transferred to the:

___   United States District Court for the Northern District of Georgia

___   United States District Court for the Southern District of New York

_____
Hon. J. Rodney Gilstrap
United States District Court Judge