# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 2:13-cv-00013-JRG-RSP |
| TOGI ENTERTAINMENT, INC., | ) **LEAD CASE** |
| *Defendant*. | ) |

## ORDER DENYING
## PLAINTIFF'S MOTION TO AMEND THE PROTECTIVE ORDER

After consideration of Plaintiff Personal Audio, LLC's Motion (Dkt. No. 45) to Amend the Protective Order, the Opposition filed by Defendants CBS Corporation, NBCUniversal Media, LLC, Togi Entertainment, Inc., and Howstuffworks.com thereto, the Court finds that Plaintiff's Motion should be in all things DENIED.

IT is therefore ORDERED the Plaintiff Personal Audio, LLC's Motion (Dkt. No. 45) to Amend the Protective Order is hereby DENIED.

**SIGNED this 15th day of January, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE