**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PERSONAL AUDIO, LLC, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>TOGI ENTERTAINMENT, INC., )<br>)<br>*Defendant*. )<br>) | Civil Action No. 2:13-cv-00013-JRG-RSP<br><br>LEAD CASE |
| PERSONAL AUDIO, LLC, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CBS CORPORATION, )<br>)<br>*Defendant*. )<br>) | Civil Action No. 2:13-cv-00270-JRG-RSP<br>Jury Trial Demanded |
| PERSONAL AUDIO, LLC, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>NBCUNIVERSAL MEDIA, LLC, )<br>)<br>*Defendant*. )<br>) | Civil Action No. 2:13-cv-00271-JRG-RSP<br>Jury Trial Demanded |

| | |
|---|---|
| PERSONAL AUDIO, LLC, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 2:13-cv-00015-JRG-RSP |
| ) | Jury Trial Demanded |
| HOWSTUFFWORKS.COM, ) | |
| ) | |
| *Defendant*. ) | |

## SUPPLEMENTAL SUBMISSION TO AMEND PROPOSED HEARING DATE

In connection with the consolidation of additional cases with the lead case in this matter pursuant to this Court's January 3, 2014, Order, the parties submitted on January 17, 2014 a Joint Motion for Adoption of Agreed Discovery Order, Adoption and Resolution of Disputed Issues with Respect to Docket Control Order and Protective, which is accompanied by draft docket control order containing competing proposals from Plaintiff and Defendants.

With respect to the proposed date for the Claim Construction Hearing, Defendants inadvertently included a proposed date (April 16, 2014) for that hearing that conflicts with the religious observance of Passover by the lead counsel for multiple defendants. Accordingly, Defendants amend the Defendants' proposed hearing date for the Claim Construction Hearing to April 18, 2014 from April 16, 2014.

Dated: January 24, 2014                     Respectfully submitted,

/s/ *Sharon L. Davis*
*(with permission by Jennifer P. Ainsworth)*
Steven Lieberman
slieberman@rfem.com
Brian Rosenbloom
brosenbloom@rfem.com
Sharon Davis
sdavis@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th St., N.W., Ste. 800
Washington, D.C. 20005
(202) 783-6040 (telephone)
(202) 783-6031 (facsimile)

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, PC
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
(903) 509-5092 (telephone)
(703) 509-5092 (facsimile)

*Attorneys for Defendants*
*CBS Corporation,*
*NBCUniversal Media, LLC,*
*Fox Broadcasting Company and*
*Fox Networks Group, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 24th day of January 24, 2014.

                    */s/ Jennifer P. Ainsworth*
                    Jennifer P. Ainsworth

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendants CBS Corporation, NBCUniversal Media, LLC, Fox Broadcasting Company, and Fox Networks Group, Inc. has made Plaintiff's counsel aware of the filing of this Supplemental Submission.

/s/ Jennifer P. Ainsworth
Jennifer P. Ainsworth