# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| PERSONAL AUDIO, LLC | § | |
| --- | --- | --- |
| | § | |
| | § | Case No. 2:13-CV-13-JRG-RSP |
| v. | § | **LEAD CASE** |
| | § | |
| | § | |
| TOGI ENTERTAINMENT, INC. | § | |

## DOCKET CONTROL ORDER

In accordance with the status conference held in this case, it is hereby ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| | |
| --- | --- |
| September 2, 2014 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| August 19, 2014 | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** |
| August 14, 2014 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| August 12, 2014 | *File Joint Pretrial Order, Proposed Jury Instructions, Proposed Verdict Form, and Responses to Motions *in Limine* |
| August 5, 2014 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Susan Simmons, at lssimmons@yahoo.com. |
| August 5, 2014 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| August 5, 2014 | Serve Objections to Rebuttal Pretrial Disclosures |

| July 29, 2014 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
|---|---|
| July 22, 2014 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| June 24, 2014 | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| June 20, 2014 | Deadline to Complete Expert Discovery |
| June 6, 2014 | Serve Disclosures for Rebuttal Expert Witnesses |
| May 12, 2014 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| May 12, 2014 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| May 5, 2014 | *Deadline to File Letter Briefs Regarding Dispositive Motions |
| May 1, 2014 | Deadline to Complete Mediation |
| April 24, 2014 | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| April 15, 2014 | *Claim Construction Hearing – 9:00 a.m. in **Marshall, Texas** |
| April 2, 2014 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) and Submit Technical Tutorials (if any) |
| March 28, 2014 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| March 21, 2014 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| March 7, 2014 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) |
| March 31, 2014 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |

| | |
|---|---|
| March 4, 2014 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| March 7, 2014 | File Response to Amended Pleadings |
| February 21, 2014 | *File Amended Pleadings<br><br>It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. |
| February 28, 2014 | Comply with P.R. 4-3 (Joint Claim Construction Statement) |
| February 21, 2014 | Newly consolidated defendants to comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) by confirming adoption of current proposed claim constructions or by providing proposed claim constructions |
| February 18, 2014 | Newly consolidated defendants to comply with P.R. 4-1 (Exchange Proposed Claim Terms) by confirming adoption of current list of proposed claim terms or by identifying proposed additional terms |
| February 14, 2014 | All defendants to comply with P.R. 3-3 & serve Preliminary Election of Asserted Prior Art and all parties to serve initial disclosures under Paragraph 1 of Discovery Order. |
| February 1, 2014 | Newly consolidated parties deadline to join additional parties and Plaintiff to serve Preliminary Election of Asserted Claims. |
| January 17, 2014 | *File Proposed Docket Control Order, Proposed Discovery Order, and Proposed Protective Order |
| January 17, 2014 | *File Notice of Mediator for Newly Consolidated Cases |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

### ADDITIONAL REQUIREMENTS

**Notice of Mediator**: The parties are to jointly file a notice that identifies the agreed upon mediator or indicates that no agreement was reached. If the parties do not reach an agreement, the Court will appoint a mediator. The parties should not file a list of mediators to be considered by the Court.

**Summary Judgment Motions**: Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief in each of those matters shall be no longer than five (5) pages and shall be filed with the Court no

later than the deadline for filing letter briefs. Answering letter briefs in each of those matters shall be no longer than five (5) pages and filed with the Court no later than fourteen (14) days thereafter. Reply briefs in each of those matters shall be no longer than three (3) pages and filed with the Court no later than five (5) days thereafter. The Court may decide the question on the submissions or hold a hearing or telephone conference to hear arguments and to determine whether the filing of any motion will be permitted. Letter briefs shall be filed without exhibits. Any requests to submit letter briefs after the deadlines outlined above must show good cause.

**Form of the Pretrial Order and Pretrial Disclosures**: The Court will issue a standing order governing the form of the pretrial order and pretrial disclosures at least four months prior to trial. The parties may obtain a copy of the order from the Court's website at that time.

**Motions for Continuance**: The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

(a) The fact that there are motions for summary judgment or motions to dismiss pending;

(b) The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;

(c) The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

**IT IS SO ORDERED.**

SIGNED this 3rd day of February, 2014.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE