**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC | § § § | |
| v. | § § | Case No. 2:13-CV-13-JRG-RSP **LEAD CASE** |
| TOGI ENTERTAINMENT, INC. | § § | |

## ORDER SUPPLEMENTING THE DOCKET CONTROL ORDER

The Docket Control Order entered herein is hereby supplemented to add and include the following:

**Indefiniteness**:  In lieu of early motions for summary judgment, the parties are directed to include any arguments related to the issue of indefiniteness in their *Markman* briefing, subject to the local rules' normal page limits.

**So ORDERED and SIGNED this 7th day of February, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE