IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>TOGI ENTERTAINMENT, INC.,<br><br>      Defendant. | Case No. 2:13-cv-00013-JRG-RSP<br><br><u>LEAD CASE</u> |
| PERSONAL AUDIO, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CBS CORPORATION,<br><br>      Defendant. | Case No. 2:13-cv-00270-JRG-RSP |
| PERSONAL AUDIO, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>      Defendant. | Case No. 2:13-cv-00270-JRG-RSP |
| PERSONAL AUDIO, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>FOX BROADCASTING COMPANY, and<br>FOX NETWORKS GROUP, INC.,<br><br>      Defendants. | Case No. 2:13-cv-00577-JRG-RSP |

## NOTICE OF COMPLIANCE

Defendants CBS Corporation, NBCUniversal Media, LLC, FOX Broadcasting Company, and FOX Networks Group, Inc. (collectively "Defendants") provide this notice that on March 24, 2014, they served their First Supplemental Initial Disclosures further to the Court's Discovery Order dated January 28, 2014 (Dkt #58) and the Court's Docket Control Order dated February 4, 2014 (Dkt #63) on counsel of record for Plaintiff Personal Audio, LLC.


Dated:  March 24, 2014

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
(903) 509-5000 (telephone)
(903) 509-5092 (facsimile)

Steven Lieberman
slieberman@rothwellfigg.com
Sharon L. Davis
sdavis@rothwellfigg.com
Brian S. Rosenbloom
brosenbloom@rothwellfigg.com
Jennifer Maisel
jmaisel@rothwellfigg.com
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040 (telephone)
(202) 783-6031 (facsimile)

*Attorneys for Defendants*
*CBS Corporation and*
*NBCUniversal Media, LLC,*
*FOX Broadcasting Company, and*
*FOX Networks Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 24th day of March, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth
