IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA  DIVISION

Magistrate Judge Roy Payne
PERSONAL AUDIO, LLC        )(
                                                )(
V.        )(     CIVIL NO. 2:13CV13
                                                )(
TOGI ENTERTAINMENT, INC.        )(

ATTORNEY FOR PLAINTIFFS:     See Attached Sign-in Sheet

ATTORNEY FOR DEFENDANTS:  See Attached Sign-in Sheet

LAW CLERK:   Chris First

COURTROOM DEPUTY:    Betty Schroeder

COURT REPORTER: Tonya Jackson

MARKMAN HEARING
April 24 @ 9:00 am

OPEN: 9:03 am                                                                                          ADJOURN: 12:01 pm

9:03   Case called; attorneys announced ready.

9:07   Jeromy Pitcock addresess first term.

9:08   Jason Lo responds.

9:23   Mr. Pitcock responds and addresses third term.

9:26   Steven Lieberman responds.

9:37   Mr. Pitcock objects to playing of video clip; Court sustains objection; Mr. Liberman continues.

9:48   Mr.. Pitcock objects to portion of Dr. Porter's depo/report; Court overrules; Mr. Lieberman continues.

9:54   Mr. Pitcock responds.

9:58   Mr. Lieberman responds.

10:00   Mr. Pitcock addresses next term - URL.

10:01   Mr. Lo responds.

10:08   Mr. Pitcock responds.

10:12   Mr. Lo responds.

10:16   Mr. Pitcock responds; addresses term "storage location."

10:18   Matt Acosta responds.

10:35   Mr. Pitcock responds.

10:37   Recess

10:55   Mr. Pitcock addresses next two terms- compilation file and one or more processors...

11:03   Sharon Davis responds.

11:13   Mr. Pitcock responds.

11:14   Ms. Davis responds.

11:15   Mr. Pitcock addresses the last two claims together.

11:23   Mr. Lo responds.

11:32   Mr. Pitcock responds.

11:35   Mr. Acosta responds.

11:41   Mr. Pitcock responds.

11:43   Mr. Acosta responds to Court's request.

11:46    Court - will address the Motion to Compel  now.

11:47   Mr. Pitcock argues motion.

11:54   Jennifer Ainsworth responds.

11:57   Mr. Pitcock responds..

11:59   Court denies motion to compel at this time.

12:00   Mr. Ainsworth responds to jury selection date change; Sept. 24 unavailable for some counsel.

12:01 Court adjourned.