IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TOGI ENTERTAINMENT, INC., <br><br> Defendant. | Case No. 2:13-cv-00013-JRG-RSP <br><br> <u>LEAD CASE</u> |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH**
**STANDING ORDER REGARDING LETTER BRIEFS**

In compliance with the Court's Docket Control Order (Docket No. 63) and this Court's standing order on submission of letter briefs, Defendants[1] respectfully submit this Notice of their letter to the Court requesting permission to file a motion for summary judgment of invalidity. A copy of the letter is attached as Exhibit 1.

Dated:  May 5, 2014

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
WILSON ROBERTSON & CORNELIUS PC
909 ESE Loop 323
Suite 400
P.O. Box 7339
Tyler, TX 75711-7339
903-509-5000
Fax: 903-509-5092
Email: jainsworth@wilsonlawfirm.com

---

[1] "Defendants," used herein, refers to all defendants identified in the signature block at the end of the attached letter brief.

Steven Lieberman
slieberman@rfem.com
Brian S. Rosenbloom
brosenbloom@rfem.com
Sharon L. Davis
sdavis@rfem.com
Jennifer Maisel
jmaisel@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W.
Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile:  (202) 783-6031

*Attorneys for CBS Corporation, NBCUniversal Media, LLC, Fox Broadcasting Company, Fox Networks Group, Inc.*


*/s/ Josh Krevitt*
*(with permission by Jennifer P. Ainsworth)*
Josh Krevitt
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Jason Lo
Raymond LaMagna
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile:  (213) 229-7520


*/s/ Michael C. Smith*
*(with permission by Jennifer P. Ainsworth)*
Michael C. Smith
SIEBMAN, BURG, PHILLUOS & SMITH, LLP
113 East Austin Street
Marshall, TX  75670
Telephone:  (903) 938-8900
Facsimile:   (972) 767-4620

*Attorneys for Defendant Howstuffworks, LLC*

*/s/ Bill Frizzell*
*(with permission by Jennifer P. Ainsworth)*
Bill Frizzell
FRIZZELL LAW FIRM
6653 Oak Hill Blvd
Tyler, TX 75703
903/595-1921
Fax: 9035954383
Email: bfrizzell@tyler.net

*Attorney for Defendant Togi Entertainment, Inc.*

*/s/ David Folsom*
*(with permission by Jennifer P. Ainsworth)*
David Folsom
Texas State Bar No. 07210800
dfolsom@jw.com
John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
Matthew C. Acosta
Texas State Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

*Attorneys For Defendant Lotzi Digital, Inc.*

*/s/ Bijal V. Vakil*
*(with permission by Jennifer P. Ainsworth)*
Bijal V. Vakil
CA State Bar No.: 192878
WHITE & CASE, LLP
3000 El Camino Real
Five Palo Alto Square 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: bvakil@whitecase.com

> */s/ Gregory L. Doll*
> *(with permission by Jennifer P. Ainsworth)*
> Gregory L. Doll
> CA State Bar No.: 193205
> DOLL AMIR & ELEY LLP
> 1888 Century Park East, Suite 1850
> Los Angeles, CA 90067
> Telephone: (310) 557-9100
> Facsimile: (310) 557-9101
> Email: gdoll@dollamir.com
>
> *Attorneys for A Partnership Consisting of*
> *Adam Carolla, Donny Misraje and Sandy Ganz*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 5th day of May, 2014.

> */s/ Jennifer P. Ainsworth*
> Jennifer P. Ainsworth