**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PERSONAL AUDIO, LLC §<br>§<br>*Plaintiff*, §<br>§   Civil Action No.: 2:13-cv-13-JRG-RSP<br>*v.* §   *Consolidated from 2:13-cv-15*<br>§<br>TOGI ENTERTAINMENT, INC., et al., §<br>§<br>*Defendants*. § | |

## DEFENDANTS NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER

In compliance with the Court's Local Rules, Defendants, Howstuffworks, LLC, CBS Corporation, NBCUniversal Media, LLC, Fox Broadcasting Company, Fox Networks Group, Inc., Lotzi Digital, Inc., A Partnership Consisting of Adam Carolla, Donny Misraje and Sandy Ganz, Togi Entertainment, Inc., file this Notice of its letter to the Court requesting permission to file a motion for partial summary judgment of non-infringement of all asserted claims of U.S. Patent No. 8,112,504, attached hereto as Exhibit 1.

May 5, 2015                                                Respectfully submitted,

_____
Michael C. Smith
State Bar No. 18650410
Siebman, Burg, Phillips & Smith, LLP
113 E. Austin Street
P.O. Box 1556
Marshall, Texas 75671
Office: (903) 938-8900
(Fax):  (903) 767-4620
michaelsmith@siebman.com

COUNSEL FOR DEFENDANT
HOWSTUFFWORKS.COM

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 5th day of May, 2014. Any other counsel of record will be served by facsimile transmission and/or first class mail.

Michael C. Smith

### CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that, pursuant to Local Rule CV-5(a)(7)(A), authorization for filing the foregoing pleading under seal has been conveyed through the Protective Order (Dkt. No. 62) in place in this matter.

Michael C. Smith