**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC | § | |
| | § | |
| v. | § | Case No. 2:13-CV-13-JRG-RSP |
| | § | Lead Case |
| | § | |
| TOGI ENTERTAINMENT, INC. | § | |

## ORDER

Before the Court are Personal Audio's motions to compel as to HowStuffWorks (Dkt. 128) and NBC, CBS, and Fox (Dkt. 131) (collectively the "Motions"). The Court hereby sets the Motions for hearing on May 29, 2014 at 1:30 p.m. Only the parties to these Motions need attend the hearing.

Any response to the Motions should be filed by May 21, 2014. Any reply should be filed by May 27, 2014. The parties are further ORDERED to meet and confer on the substance of the Motions no later than May 28, 2014.

**SIGNED this 16th day of May, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE