**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**TOGI ENTERTAINMENT, INC. et al**<br><br>  Defendants | **2:13-cv-13 Consolidated Action**<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF BRAD LIDDLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO SUPPLEMENT THE RECORD

I, Brad Liddle, declare as follows:

1. My name is Brad Liddle. I am over the age of twenty-one (21) years, am competent to testify on the matters stated herein, have personal knowledge of the facts and statements in this declaration and declare that each of the facts is true and correct.

2. I provide this declaration in support of Plaintiff's Opposition to Defendants' Motion to Supplement the Record.

3. I am the Chief Executive Officer of Personal Audio, LLC. I also serve as its General Counsel.

4. James Logan is a co-inventor of the patent-in-suit, U.S. Patent 8,112,504. Mr. Logan is not an employee, agent or officer of Personal Audio, LLC.

5. I understand Mr. Logan gave an interview to CBC radio that was made available on the internet on April 22, 2014. Mr. Logan was not authorized by Personal Audio, LLC to give this interview.

6. I did not become aware of this interview until it was mentioned by counsel for Defendants at the Claim Construction Hearing on April 24, 2014.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 17th day of May 2014, in Plano, Texas.

_/s/ Brad Liddle_

Brad Liddle