# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**  Plaintiff,  v.  **TOGI ENTERTAINMENT, INC. et al**  Defendants. | 2:13-cv-13 Consolidated Action  **JURY TRIAL DEMANDED** |

### PLAINTIFF PERSONAL AUDIO, LLC AND DEFENDANTS NBCUNIVERSAL MEDIA, LLC; CBS CORPORATION; FOX BROADCASTING COMPANY; AND FOX NETWORKS GROUPS, INC. JOINT MOTION, PER ORDER OF THE COURT, REGARDING TECHNICAL DISCOVERY RELEVANT TO NATIVE MOBILE APPLICATIONS

Pursuant to oral order of the Court on May 29, 2014, Plaintiff Personal Audio, LLC and Defendants NBC, CBS and FOX jointly submit this motion regarding technical discovery related to native mobile applications.

Per the Court's Oral Order at the Motion to Compel Hearings on May 29, 2014, the parties have agreed to a limited scope of document requests and 30(b)(6) deposition topics concerning technical discovery on relevant native mobile applications. These requests are set forth in the attached Exhibit A, attached herewith.

The Defendants will search for and produce high level documents responsive to the agreed document requests within their custody or control and make responsive source code in their custody or control available to Plaintiff's expert for inspection. If Plaintiff believes it is necessary after reviewing the documents produced by a Defendant, Plaintiff may depose one

representative from that Defendant for no more than four hours per witness on the topics set forth in Exhibit A.

The parties respectfully request that this motion be granted and the attached order be entered by the Court so as to proceed with this discovery as the Court set forth in its May 29, 2014 oral order.

Date: June 2, 2014

Respectfully Submitted,

*/s/ Papool S. Chaudhari*
Jeremy S. Pitcock
PITCOCK LAW GROUP
1501 Broadway, 12th Floor
New York, NY 10036
(646) 571-2237
(646) 571-2001 Fax
jpitcock@pitcocklawgroup.com

T. John Ward
State Bar No. 20848000
T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
tjw@wsfirm.com
jw@wsfirm.com

Papool S. Chaudhari
Texas State Bar No. 24076978
CHAUDHARI LAW, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775

Papool@ChaudhariLaw.com

*Attorneys for Plaintiff Personal Audio, LLC*

         */s/ Sharon Davis*
         Steven Lieberman
         Brian S. Rosenbloom
         Sharon L. Davis
         Jennifer Maisel
         ROTHWELL, FIGG, ERNST & MANBECK, P.C.
         607 14th Street, N.W.
         Suite 800
         Washington, DC 20005
         Telephone: (202) 783-6040
         Facsimile: (202) 783-6031
         slieberman@rfem.com
         brosenbloom@rfem.com
         sdavis@rfem.com
         jmaisel@rfem.com

         Jennifer Parker Ainsworth
         Texas State Bar No. 00784720
         WILSON, ROBERTSON & CORNELIUS, P.C.
         One American Center
         909 ESE Loop 323, Suite 400
         Tyler, TX 75701
         (903) 509-5000 (telephone)
         (903) 509-5092 (facsimile)
         jainsworth@wilsonlawfirm.com

         *Attorneys for Defendants, CBS Corporation, NBCUniversal Media, LLC, FOX Broadcasting Company and FOX Networks Group, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via email on this 2nd day of June, 2014.

                                              */s/ Papool S. Chaudhari*

                                              _____
                                              Papool S. Chaudhari