# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC. | § | |
| | § | |
| v. | § | Case No. 2:13-CV-13-JRG-RSP |
| | § | |
| TOGI ENTERTAINMENT, INC. | § | |

**Motion Hearing**
**Magistrate Judge Roy Payne, presiding**
**May 29, 2014**

**OPEN:** 1:30 pm                                                      **ADJOURN:** 3:15 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Claire Henry |
| | Papool Chaudhari |
| | Jeremy Pitcock |
| | |
| ATTORNEY FOR DEFENDANT: | Michael Smith |
| | Jason Lo |
| | Mark Reiter |
| | Sharon Davis |
| | Jennifer Ainsworth |
| | |
| LAW CLERK: | Chris First |
| | |
| COURT REPORTER: | Shelly Holmes |
| | |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Claire Henry announced ready and introduced co-counsel. Michael Smith announced ready and introduced co-counsel. Jennifer Ainsworth announced ready and introduced co-counsel.

Papool Chaudhari argued Plaintiff's Motion to Compel (Dkt. No. 128). Jason Lo responded for Defendant, HowStuffWorks. The Court questioned the parties.

Jeremy Pitcock argued Plaintiff's Motion to Compel (Dkt. No. 131). Sharon Davis responded for certain defendants.

The Court denied Plaintiff's Motion to Compel (#128).

Regarding the Plaintiff's other Motion to Compel (#131) the parties are instructed to meet and confer and file an agreed order on Monday with each side to set out the limitations and the scope

of what that discovery should be. The Court will then promptly enter an order.

Court adjourned.