# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PERSONAL AUDIO, LLC,** Plaintiff, v. **TOGI ENTERTAINMENT, INC. et al** Defendants | 2:13-cv-13 Consolidated Action **JURY TRIAL DEMANDED** |

## AGREED ORDER CONCERNING TECHNICAL DISCOVERY

Before the Court is, pursuant to oral order of the Court on May 29, 2014, Plaintiff Personal Audio, LLC and Defendants NBC, CBS and FOX's Joint Motion Regarding Technical Discovery Related to Native Mobile Applications. Finding the motion well-taken, the Court hereby GRANTS the motion.

**IT IS ORDERED THAT** Plaintiff is entitled to conduct limited discovery in the scope agreed upon by the parties, as set forth in the Joint Motion Regarding Technical Discovery Related to Native Mobile Applications.

**IT IS FURTHER ORDERED THAT** Defendants NBC, CBS and FOX must each make available a 30(b)(6) witness for deposition on the topics to which the parties have agreed, if Plaintiff informs Defendant that it believes a deposition is necessary after reviewing the documents produced by that Defendaant.

**SIGNED this 4th day of June, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE