**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**TOGI ENTERTAINMENT, INC. et al**<br><br>   Defendants | **2:13-cv-13 Consolidated Action** |

## ORDER

Before the Court is Plaintiff Personal Audio, LLC and Defendant HowStuffWorks' Agreed Motion to Dismiss Defendant HowStuffWorks without prejudice and to dismiss HowStuffWorks' Counterclaims against Plaintiff without prejudice. Finding the motion well-taken, the Court hereby GRANTS the motion.

IT IS ORDERED THAT Plaintiff's claims against Defendant HowStuffWorks are hereby dismissed WITHOUT prejudice. IT IS FURTHER ORDERED THAT Defendant HowStuffWorks' counterclaims against Plaintiff Personal Audio, LLC are hereby dismissed WITHOUT prejudice. IT IS FURTHER ORDERED THAT each party bear its own costs and fees. The Clerk of Court is directed to terminate consolidated case 2:13-cv-000015.

**SIGNED this 24th day of June, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE