**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**  Plaintiff,  v.  **TOGI ENTERTAINMENT, INC. et al**  Defendants. | **CIVIL ACTION NO. 2:13-cv-00013** |

# ORDER

Before the Court is Plaintiff Personal Audio LLC ("Plaintiff") and Defendants CBS Corporation, NBCUniversal Media, LLC, Fox Broadcasting Co., Fox Network Group, Inc., and Lotzi Digital, Inc.'s (collectively "Defendants") Joint Motion to Extend the Deadline to File Responses and Replies on Motions for Summary Judgment and Motions to Strike Expert Testimony. Finding the motion well-taken, the Court hereby GRANTS the motion.

IT IS ORDERED THAT the deadline to file responses to motions for summary judgment and motions to strike is hereby extended to Wednesday July 16, 2014.

IT IS FURTHER ORDERED THAT the deadline to file replies on motions for summary judgment and motions to strike is hereby extended to Wednesday, July 30, 2014.

**SIGNED this 13th day of July, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE