IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**TOGI ENTERTAINMENT, INC. et al**<br><br>Defendants | **Civil Action No. 2:13-cv-00013-JRG-RSP Lead Case**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF PERSONAL AUDIO, LLC'S NOTICE OF SERVICE OF REBUTTAL PRETRIAL DISCLOSURES AND OBJECTIONS TO DEFENDANTS' PRETRIAL DISCLOSURES

Plaintiff Personal Audio, LLC ("Personal Audio") respectfully gives notice that its Rebuttal Pretrial Disclosures and Objections to Defendants' Pretrial Disclosures were served on all Defendants in the action on July 31, 2014, in compliance with Court Order.

Respectfully Submitted,

**PERSONAL AUDIO, LLC**

Dated: August 1, 2014

By: */s/ Papool S. Chaudhari*
    _____
    Jeremy S. Pitcock
    PITCOCK LAW GROUP
    1501 Broadway, 12th Floor
    New York, NY 10036
    (646) 571-2237
    (646) 571-2001 Fax
    jpitcock@pitcocklawgroup.com

    Andrew W. Spangler
    Texas State Bar No. 24041960
    SPANGLER LAW, P.C.
    208 N. Green St, Suite 300
    Longview, Texas 75601

       (903) 753-9300
       (903) 553-0403 Fax
       spangler@spanglerlawpc.com

       Papool S. Chaudhari
       Texas State Bar No. 24076978
       CHAUDHARI LAW, PLLC
       P.O. Box 1863
       Wylie, Texas 75098
       Phone: (214) 702-1150
       Fax: (214) 705-3775
       Papool@ChaudhariLaw.com

John Lee (admitted to E.D. Texas)
Jennifer L. Ishimoto (admitted *pro hac vice*)
BANIE & ISHIMOTO LLP
1370 Willow Road, 2nd Fl
Menlo Park, CA 94025
(650) 241-2771
(650) 241-2770 (Fax)
jlee@banishlaw.com
ishimoto@banishlaw.com

**ATTORNEYS FOR PLAINTIFF**
**PERSONAL AUDIO, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel of record who have consented to electronic service.  Local Rule CV-5.  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5, all others deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via email on this 1st day of August, 2014.

       */s/ Papool S. Chaudhari*

       _____
       Papool S. Chaudhari