IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PERSONAL AUDIO, LLC**<br><br>       Plaintiff,<br><br>v.<br><br>**LOTZI DIGITAL, INC. and A PARTNERSHIP CONSISTING OF ADAM CAROLLA, DONNY MISRAJE, KATHEE SCHNEIDER-MISRAJE, SANDY GANZ AND DOES 1-10, INCLUSIVE dba "ACE BROADCASTING" and/or "CAROLLA DIGITAL"**,<br><br>       Defendants. | **CIVIL ACTION NO. 2:13-cv-00014**<br><br>**Consolidated into 2:13-cv-00013**<br><br><br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT LOTZI DIGITAL, INC.'S NOTICE OF COMPLIANCE

Defendant Lotzi Digital, Inc. ("Lotzi") hereby notifies the Court and all counsel of record that, pursuant to the Docket Control Order entered in this lawsuit (Dkt No. 63), Lotzi served its Objections to Plaintiff's Rebuttal Pretrial Disclosures via electronic mail on August 7, 2014.

                                                                Respectfully submitted,

| | |
|---|---|
| David Folsom<br>Texas State Bar No. 07210800<br>dfolsom@jw.com<br>JACKSON WALKER L.L.P.<br>6002 Summerfield, Suite B<br>Texarkana, Texas 75503<br>903.255.3250<br>903.255.3265 – Fax | /s/ John M. Jackson<br>John M. Jackson<br>Texas State Bar No. 24002340<br>jjackson@jw.com<br>Christopher J. Rourk<br>Texas State Bar No. 00795626<br>Matthew C. Acosta<br>Texas State Bar No. 24062577<br>macosta@jw.com<br><br>JACKSON WALKER L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>Telephone: (214) 953-6000<br>Facsimile: (214) 953-5822 |

**DEFENDANT LOTZI DIGITAL, INC.'S NOTICE OF COMPLIANCE– PAGE 1**

             **ATTORNEYS FOR DEFENDANT**
             **LOTZI DIGITAL, INC.**

## CERTIFICATE OF SERVICE

  I hereby certify that on August 7, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, August 7, 2014.

                /s/ John M. Jackson
                John M. Jackson