**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**TOGI ENTERTAINMENT, INC. et al**<br><br>  Defendants | **Civil Action No. 2:13-cv-00013-JRG-RSP Lead Case**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF PERSONAL AUDIO, LLC'S NOTICE OF SERVICE OF OBJECTIONS TO DEFENDANTS' REBUTTAL PRETRIAL DISCLOSURES**

Plaintiff Personal Audio, LLC ("Personal Audio") respectfully gives notice that its Objections to Defendants' Rebuttal Pretrial Disclosures were served on all Defendants in the action on August 7, 2014, in compliance with Court Order.

Respectfully Submitted,

**PERSONAL AUDIO, LLC**

Dated: August 8, 2014

By: */s/ Papool S. Chaudhari*
_____
Jeremy S. Pitcock
PITCOCK LAW GROUP
1501 Broadway, 12th Floor
New York, NY 10036
(646) 571-2237
(646) 571-2001 Fax
jpitcock@pitcocklawgroup.com

Andrew W. Spangler
Texas State Bar No. 24041960
SPANGLER LAW, P.C.
208 N. Green St, Suite 300
Longview, Texas 75601
(903) 753-9300

        (903) 553-0403 Fax
        spangler@spanglerlawpc.com

        Papool S. Chaudhari
        Texas State Bar No. 24076978
        CHAUDHARI LAW, PLLC
        P.O. Box 1863
        Wylie, Texas 75098
        Phone: (214) 702-1150
        Fax: (214) 705-3775
        Papool@ChaudhariLaw.com

        John Lee (admitted to E.D. Texas)
        Jennifer L. Ishimoto (admitted *pro hac vice*)
        BANIE & ISHIMOTO LLP
        1370 Willow Road, 2nd Fl
        Menlo Park, CA 94025
        (650) 241-2771
        (650) 241-2770 (Fax)
        jlee@banishlaw.com
        ishimoto@banishlaw.com

        **ATTORNEYS FOR PLAINTIFF**
        **PERSONAL AUDIO, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5, all others deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via email on this 8th day of August, 2014.

        */s/ Papool S. Chaudhari*

        _____
        Papool S. Chaudhari