**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

PERSONAL AUDIO, LLC,

Plaintiff,

v.

TOGI ENTERTAINMENT, INC. et al

Defendants

Civil Action No. 2:13-cv-13-JRG-RSP

LEAD CASE

JURY TRIAL DEMANDED

**NOTICE OF COMPLIANCE**

Defendants CBS Corporation, NBCUniversal Media, LLC, FOX Broadcasting Company, FOX Networks Group, Inc., and Lotzi Digital, Inc. provide this notice to the Court and all counsel of record that on August 8, 2014, they served their Notice Pursuant to 35 U.S.C. § 282, via electronic mail.

Dated: August 11, 2014

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
(903) 509-5000 (telephone)
(903) 509-5092 (facsimile)

Steven Lieberman
slieberman@rothwellfigg.com
Sharon L. Davis
sdavis@rothwellfigg.com
Brian S. Rosenbloom
brosenbloom@rothwellfigg.com
Jennifer Maisel
jmaisel@rothwellfigg.com
Daniel R. McCallum
dmccallum@rothwellfigg.com
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040 (telephone)
(202) 783-6031 (facsimile)

*Attorneys for Defendants
CBS Corporation and
NBCUniversal Media, LLC,
FOX Broadcasting Company, and
FOX Networks Group, Inc.*

*/s/ John M. Jackson
(with permission by Jennifer P. Ainsworth)*
John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
Matthew C. Acosta
Texas State Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

David Folsom
Texas State Bar No. 07210800
JACKSON WALKER L.L.P.
6002-B Summerfeld Dr.
Texarkana, Texas 75503
Telephone: (903) 255-3251
Facsimile: (903) 255-3266
dfolsom@jw.com

*Attorneys for Defendant Lotzi Digital, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on August 11, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth