**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **PERSONAL AUDIO, LLC** | § § § | |
| **v.** | § § | |
| **TOGI ENTERTAINMENT, INC.** | § | Case No. 2:13-cv-13 <br> LEAD CASE |
| **ACE BROADCASTING NETWORK, LLC.** | § | Case No. 2:13-cv-14 |
| **CBS CORP.** | § | Case No. 2:13-cv-270 |
| **NBCUNIVERSAL MEDIA, LLC** | § | Case No. 2:13-cv-271 |
| **FOX BROADCASTING COMPANY, et al** | § | Case No. 2:13-cv-577 |

## ORDER

CAME TO BE CONSIDERED the Unopposed Motion to Withdraw as Counsel for Plaintiff Personal Audio, LLC and Request for Termination of Electronic Notices. After consideration, the Court finds that the Motion should be GRANTED.

Therefore, IT IS ORDERED that T. John Ward, Jr., T. John Ward, Wesley Hill, Claire Abernathy Henry and Ward & Smith Law Firm are permitted to withdraw as attorney for Plaintiff Personal Audio, LLC effective the date of this order.

IT IS FURTHER ORDERED that electronic notices to T. John Ward, Jr., T. John Ward, Wesley Hill, Claire Abernathy Henry and Ward & Smith Law Firm in this case are terminated effective the date of this order.

**SIGNED this 12th day of August, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE