**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PERSONAL AUDIO, LLC, | |
| Plaintiff, | Civil Action No. 2:13-cv-13-JRG-RSP |
| v. | <u>LEAD CASE</u> |
| TOGI ENTERTAINMENT, INC. et al | JURY TRIAL DEMANDED |
| Defendants | |

**PLAINTIFF AND NETWORK DEFENDANTS'
JOINT NOTICE OF AGREEMENTS
<u>ON MOTIONS *IN LIMINE* AND OJBECTIONS</u>**

Pursuant to the Court's Docket Control Order entered on February 4, 2014 (Dkt No. 63), Personal Audio, LLC ("Personal Audio") and Defendants CBS Corporation ("CBS"), NBCUniversal Media ("NBC") and Fox Broadcasting Company and Fox Networks Group, Inc. ("Fox")(collectively the "Network Defendants") hereby report to the Court that they have met and conferred with regard to the parties' respective Motions *in Limine*, and provide notice of the following agreements which have been reached to date:

A.   <u>Personal Audio's Motion *in Limine*</u>

   11.   The Network Defendants agree to Motion *in Limine* No. 11.

   12.    The Network Defendants agree to Motion *in Limine* No. 12.

   17.   The Network Defendants agree to Motion *in Limine* No. 17.

B.   <u>Network Defendants' Motion *in Limine*</u>

   2.   Personal Audio agrees to Motion *in Limine* No. 2.

   8.   Personal Audio agrees to Motion *in Limine* No. 8.

C.      Objections to the parties' trial exhibits

Personal Audio and the Network Defendants have met and conferred on August 8, 11, 13 and 14 with regard to the parties' objections to trial exhibits.  The parties have narrowed their objections.  Attached as Exhibits A, B, C, D, E, and F hereto are revised Exhibit Lists for Personal Audio, CBS, NBC and Fox, respectively, which are updated based upon these meetings. The parties will continue to meet and confer regarding trial exhibits and, if possible, will provide the Court further updated Exhibit Lists before the Pretrial Conference.


Dated:  August 14, 2014                      Respectfully submitted,

                                             */s/ Jennifer Parker Ainsworth*
                                             Jennifer Parker Ainsworth
                                             Texas State Bar No. 00784720
                                             jainsworth@wilsonlawfirm.com
                                             WILSON, ROBERTSON & CORNELIUS, P.C.
                                             One American Center
                                             909 ESE Loop 323, Suite 400
                                             Tyler, TX 75701
                                             (903) 509-5000 (telephone)
                                             (903) 509-5092 (facsimile)

                                             Steven Lieberman
                                             slieberman@rothwellfigg.com
                                             Sharon L. Davis
                                             sdavis@rothwellfigg.com
                                             Brian S. Rosenbloom
                                             brosenbloom@rothwellfigg.com
                                             Jennifer Maisel
                                             jmaisel@rothwellfigg.com
                                             Daniel R. McCallum
                                             dmccallum@rothwellfigg.com
                                             ROTHWELL, FIGG, ERNST & MANBECK, PC
                                             607 14th Street, N.W., Suite 800
                                             Washington, DC 20005
                                             (202) 783-6040 (telephone)
                                             (202) 783-6031 (facsimile)

*Attorneys for Defendants*
*CBS Corporation, NBCUniversal Media, LLC,*
*Fox Broadcasting Company and Fox Networks*
*Group, Inc.*


*/s/ Papool S. Chaudhari*
*(with permission by Jennifer P. Ainsworth)*
Jeremy S. Pitcock
PITCOCK LAW GROUP
1501 Broadway, 12th Floor
New York, New York 10036
Tel: (646) 571-2237
Fax: (646) 571-2001
jpitcock@pitcocklawgroup.com

Papool S. Chaudhari
State Bar No. 24076978
CHAUDHARI LAW, PLLC
P.O. Box 1863
Wylie, Texas 75098
Tel: (214) 702-1150
Fax: (214) 705-3775
papool@chaudharilaw.com

John Lee (admitted to E.D. Texas)
Jennifer L. Ishimoto (admitted *pro hac vice*)
BANIE & ISHIMOTO LLP
1370 Willow Road, 2nd Fl
Menlo Park, CA 94025
(650) 241-2771
(650) 241-2770 (Fax)
jlee@banishlaw.com
ishimoto@banishlaw.com

Andrew W. Spangler
Texas State Bar No. 24041960
SPANGLER LAW, P.C.
208 N. Green St, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 Fax
spangler@spanglerlawpc.com

*Attorneys for Plaintiff*
*Personal Audio, LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on August 14, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth
