**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONAL AUDIO, LLC**<br><br>  Plaintiff,<br><br>v.<br><br>**TOGI ENTERTAINMENT, INC., et al**<br><br>  Defendants. | **CIVIL ACTION NO. 2:13-cv-00013**<br><br>**CONSOLIDATED ACTION**<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION TO DISMISS CLAIMS INVOLVING DEFENDANTS LOTZI DIGITAL, INC. AND A PARTNERSHIP CONSISTING OF ADAM CAROLLA, DONNY MISRAJE, KATHEE SCHNEIDER-MISRAJE, SANDY GANZ AND DOES 1-10, INCLUSIVE DBA "ACE BROADCASTING" AND/OR "CAROLLA DIGITAL" WITHOUT PREJUDICE**

Plaintiff Personal Audio LLC ("Plaintiff") and Defendants Lotzi Digital, Inc. ("Lotzi") and A Partnership Consisting of Adam Carolla, Donny Misraje, Kathee Schneider-Misraje, Sandy Ganz and Does 1-10, Inclusive dba "Ace Broadcasting" and/or "Carolla Digital" ("Partnership") (collectively "Defendants") file this Agreed Motion to Dismiss Defendants Lotzi and Partnership without prejudice, and dismiss Lotzi's counterclaims and the Partnership's counterclaims against Plaintiff without prejudice, and would respectfully show the Court as follows:

WHEREAS, the parties herein do not anticipate further litigation with respect to the claims, counterclaims, and issues asserted in the current litigation and the parties have agreed as follows:

1. Plaintiff hereby dismisses its claims against Lotzi and the Partnership without prejudice. Lotzi and the Partnership hereby dismiss their counterclaims against Plaintiff without prejudice.

2. Lotzi and the Partnership shall not file a declaratory judgment action against Personal Audio with respect to the causes of action asserted by Plaintiff in this litigation.

3. With the exception of the press release announcing the settlement that has been approved by the Court, Personal Audio, Lotzi and the Partnership shall not make any public statements, issue any press releases or otherwise issue public comments (e.g., by providing an interview to a reporter) concerning this litigation from August 15, 2014 up to and including September 30, 2014 ("Quiet Period"). In response to any media inquiries received during the Quiet Period, it shall be permissible for the parties to either: (1) refer parties to this motion and/or any order granting this motion; or (2) say "no comment."[1] In addition, the parties may post this motion, any order granting this motion, and the press release announcing this settlement that has been approved by the Court to their respective websites. Further, nothing in this motion shall be construed to prevent either any party or witness from testifying in a deposition, trial or other judicial proceeding or any attorney associated with a party from referring to the litigation in any deposition, trial or other judicial proceeding (e.g., in an opening statement, or other argument).

4. This Court shall retain jurisdiction to enforce the terms of this Order.

5. Each party shall bear its own costs and fees.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Lotzi and the Partnership respectfully request that the Court dismiss Lotzi and the Partnership without prejudice, and dismiss the counterclaims asserted by Defendants Lotzi and the Partnership against Plaintiff without prejudice on the terms set forth herein. A proposed order is attached herewith.

---

[1] Activity that pre-dates the Quiet Period shall not violate this requirement. For example, neither statements made in any podcasts that were recorded prior to August 15, 2014 nor articles with quotes based on interviews that took place prior to August 15, 2014 will violate this provision. In addition, none of the parties are under any obligation to remove content from any of their website(s) that was posted prior to August 15, 2014.

                                        Respectfully submitted,

| | |
|---|---|
| David Folsom | /s/ John M. Jackson |
| Texas State Bar No. 07210800 | John M. Jackson |
| dfolsom@jw.com | Texas State Bar No. 24002340 |
| JACKSON WALKER L.L.P. | jjackson@jw.com |
| 6002 Summerfield, Suite B | Christopher J. Rourk |
| Texarkana, Texas 75503 | Texas State Bar No. 00795626 |
| 903.255.3250 | Matthew C. Acosta |
| 903.255.3265 – Fax | Texas State Bar No. 24062577 |
| | macosta@jw.com |

                                        JACKSON WALKER L.L.P.
                                        901 Main Street, Suite 6000
                                        Dallas, Texas  75202
                                        Telephone: (214) 953-6000
                                        Facsimile: (214) 953-5822

                                        *Attorneys for Defendant*
                                        *Lotzi Digital, Inc.*


                                     __/s/ Bijal Vakil_____
                                      **Bijal V Vakil**
                                      White & Case, LLP - Palo Alto
                                      3000 El Camino Real
                                      Bldg 5, 9th Floor
                                      Palo Alto, CA 94306
                                      650-213-0303
                                      Fax: 650-213-8158
                                      Email: bvakil@whitecase.com

                                      J. Thad Heartfield
                                      State Bar No. 09346800
                                      **THE HEARTFIELD LAW FIRM**
                                      2195 Dowlen Road
                                      Beaumont, Texas 77706
                                      Telephone: (409) 866-3318
                                      Facsimile: (409) 866-5789
                                      Email: thad@heartfieldlawfirm.com

                                      Gregory L. Doll
                                      CA State Bar No.: 193205
                                      (*Admitted Pro Hac Vice*)
                                      Doll Amir & Eley LLP
                                      1888 Century Park East, Suite 1850
                                      Los Angeles, CA 90067

Telephone: (310) 557-9100
Facsimile: (310) 557-9101

*Attorneys for Defendant*
*A PARTNERSHIP CONSISTING OF ADAM CAROLLA, DONNY MISRAJE AND SANDY GANZ*


 /s/ Jeremy S. Pitcock_____
Jeremy S. Pitcock
PITCOCK LAW GROUP
1501 Broadway, 12th Floor
New York, New York 10036
Tel: (646) 571-2237
Fax: (646) 571-2001
jpitcock@pitcocklawgroup.com

Andrew W. Spangler
Texas State Bar No. 24041960
SPANGLER LAW, P.C.
208 N. Green St, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 Fax
spangler@spanglerlawpc.com

Papool S. Chaudhari
State Bar No. 24076978
CHAUDHARI LAW, PLLC
P.O. Box 1863
Wylie, Texas 75098
Tel: (214) 702-1150
Fax: (214) 705-3775
papool@chaudharilaw.com

John Lee (admitted to E.D. Texas)
Jennifer L. Ishimoto (admitted *pro hac vice*)
BANIE & ISHIMOTO LLP
1370 Willow Road, 2nd Fl
Menlo Park, CA 94025
(650) 241-2771
(650) 241-2770 (Fax)
jlee@banishlaw.com

*Attorneys for Plaintiff Personal Audio, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, August 15, 2014.

/s/ John M. Jackson
John M. Jackson

10987546v.1