IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**TOGI ENTERTAINMENT, INC. et al**<br><br>Defendants | **Civil Action No. 2:13-cv-00013-JRG-RSP Lead Case**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF PERSONAL AUDIO, LLC'S NOTICE OF SUBMISSION OF UPDATED EXHIBIT AND DEPOSITION DESIGNATION LISTS OF PLAINTIFF TO REFLECT CURRENT STATUS OF AGREEMENTS AND DISPUTES

In advance of the Pre-Trial Conference to occur on August 19, 2014, Plaintiff submits its attached exhibit lists and deposition designations, which both reflect any agreements the parties have reached regarding objections, as well as the outstanding objections that have not been resolved in the series of meet and confers held by the parties.

                              Respectfully Submitted,

                              **PERSONAL AUDIO, LLC**

Dated: August 18, 2014      By:   */s/ Papool S. Chaudhari*
                                              Jeremy S. Pitcock
                                              PITCOCK LAW GROUP
                                              1501 Broadway, 12th Floor
                                              New York, NY 10036
                                              (646) 571-2237
                                              (646) 571-2001 Fax
                                              jpitcock@pitcocklawgroup.com

                                              Andrew W. Spangler
                                              Texas State Bar No. 24041960
                                              SPANGLER LAW, P.C.

        208 N. Green St, Suite 300
        Longview, Texas 75601
        (903) 753-9300
        (903) 553-0403 Fax
        spangler@spanglerlawpc.com

        Papool S. Chaudhari
        Texas State Bar No. 24076978
        CHAUDHARI LAW, PLLC
        P.O. Box 1863
        Wylie, Texas 75098
        Phone: (214) 702-1150
        Fax: (214) 705-3775
        Papool@ChaudhariLaw.com

John Lee (admitted to E.D. Texas)
Jennifer L. Ishimoto (admitted *pro hac vice*)
BANIE & ISHIMOTO LLP
1370 Willow Road, 2nd Fl
Menlo Park, CA 94025
(650) 241-2771
(650) 241-2770 (Fax)
jlee@banishlaw.com
ishimoto@banishlaw.com

**ATTORNEYS FOR PLAINTIFF**
**PERSONAL AUDIO, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5, all others deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via email on this 18th day of August, 2014.

        */s/ Papool S. Chaudhari*

                                                                _____
                                                                Papool S. Chaudhari