**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PERSONAL AUDIO, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 2:13-cv-00013-JRG-RSP |
| TOGI ENTERTAINMENT, INC. et al., | ) LEAD CASE |
| *Defendants*. | ) |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MARKING DEFENSE**

Defendants NBCUniversal Media, LLC; CBS Corporation; Fox Broadcasting Company; and Fox Networks Group, Inc. (collectively the "Defendants") notify the Court that Defendants are withdrawing the defense of marking.

Dated:  August 27, 2014

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, PC
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
(903) 509-5000 (telephone)
(903) 509-5092 (facsimile)

Steven Lieberman
slieberman@rfem.com
Brian Rosenbloom
brosenbloom@rfem.com
Sharon Davis
sdavis@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th St., N.W., Ste. 800
Washington, D.C. 20005
(202) 783-6040 (telephone)
(202) 783-6031 (facsimile)

*Attorneys for Defendants*
*CBS Corporation, NBCUniversal Media, LLC, Fox Broadcasting Company and Fox Networks Group, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on August 27, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth