# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PERSONAL AUDIO, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **Civil Action No. 2:13-cv-00013-JRG-RSP** |
| § | **Lead Case** |
| **TOGI ENTERTAINMENT, INC. et al** § | |
| § | |
| Defendants. § | |

### PLAINTIFF PERSONAL AUDIO, LLC'S NOTICE OF WITHDRAWAL OF CLAIMS CONCERNING PODCASTING AGAINST SPECIFIED DEFENDANTS

Plaintiff Personal Audio, LLC respectfully gives notice that it no longer asserts claims of infringement related to audio podcasts against Defendants CBS Corporation and NBC Universal Media, LLC.

Dated:  September 4, 2014                         Respectfully submitted,

**PERSONAL AUDIO, LLC**

  */s/ Papool S. Chaudhari*
By:_____
Jeremy S. Pitcock
PITCOCK LAW GROUP
1501 Broadway, 12th Floor
New York, New York 10036
Tel: (646) 571-2237
Fax: (646) 571-2001
jpitcock@pitcocklawgroup.com

Andrew W. Spangler
State Bar No. 24041960
Spangler Law P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Telephone:  (903) 753-9300
Facsimile:  (903) 553-0403

        Email: spangler@spanglerlawpc.com

        Papool S. Chaudhari  
        State Bar No. 24076978  
        CHAUDHARI LAW, PLLC  
        P.O. Box 1863  
        Wylie, Texas 75098  
        Tel: (214) 702-1150  
        Fax: (214) 705-3775  
        papool@chaudharilaw.com

        John Lee (admitted to E.D. Texas)  
        Jennifer L. Ishimoto (admitted pro hac vice)  
        BANIE & ISHIMOTO LLP  
        1370 Willow Road, 2nd Fl  
        Menlo Park, CA 94025  
        (650) 241-2771  
        (650) 241-2770 (Fax)  
        jlee@banishlaw.com  
        ishimoto@banishlaw.com

        ATTORNEYS FOR  
        PERSONAL AUDIO, LLC

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 4th day of September, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        */s/ Papool S. Chaudhari*

        Papool S. Chaudhari