**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:13-CV-13-JRG-RSP<br>LEAD CASE |
| TOGI ENTERTAINMENT, INC., | § § § | |
| Defendants. | § | |

## ORDER

The Court has reviewed the Parties' Joint Proposed Jury Instructions and Proposed Verdict Forms (Dkt. Nos. 267-1; 267-2; and 267-3, filed August 12, 2014) It is the Court's understanding is that the Parties have since narrowed their disputes. The Court hereby **ORDERS** Personal Audio and CBS to meet and confer and submit revised versions of their proposed verdict form and jury instructions that reflect their current disputes by 7 p.m. CDT, Sunday, September 7, 2014.

The Court directs that Personal Audio and CBS submit their revised proposed jury instructions in the following form: 1) a document, in the form of the Parties' current Joint Proposed Jury Instructions, that both highlights the disputed language and sequentially numbers their disputes (one number for each dispute); and 2) a separate accompanying document that concisely sets forth the parties' positions—in two column form for each numbered dispute—as to why the disputed language should or should not be included in the Court's charge. If the parties believe that multiple sections of disputed text are governed by the same argument(s), they

- 2 -

should apply the same number to those disputes regardless of where they occur in the proposed charge.

**So ORDERED and SIGNED this 5th day of September, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE