**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 2:13-CV-13-JRG-RSP |
| | § | LEAD CASE |
| | § | |
| TOGI ENTERTAINMENT, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court consolidated related cases and designated this case as the lead case for all pretrial issues. (Dkt. Nos. 12 and 51.) Certain related cases that were consolidated with this case for pre-trial issues are moving beyond the pre-trial stage. Accordingly, and for the avoidance of confusion or doubt, the Court hereby **ORDERS** that all filings concerning post pre-trial issues related to the former member cases (and not this particular case) should be filed in the individual member cases and not in this case, and that this case should no longer be considered as the lead case.

**So ORDERED and SIGNED this 5th day of September, 2014.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE