*Personal Audio, LLC v. Togi et al.*
Case No. 2:13-cv-13 (consolidated))

**Plaintiff Master Exhibit List as to CBS Corporation FINAL AFTER CLOSE OF EVIDENCE**

| Plaintiff's Trial Exhibit No. | Depo Exhibit No. | Description | Bates Numbers | Marked | Admitted | Objections |
|---|---|---|---|---|---|---|
| 1. | | ~~Apple Inc. License~~ | ~~PA2 12-24~~ | | | ~~Irrelevant (401/402); prejudicial (403); hearsay (802)~~ |
| 2. | HS-11 | ~~E-mail dated March 21, 2014 from Rosenbloom to Strickland~~ | ~~HS-PA-27~~ | | | ~~AGREED~~ |
| 3. | HS-12 | ~~E-mail dated March 21, 2014 from Strickland to Rosenbloom~~ | ~~HS-PA-12~~ | | | ~~AGREED~~ |
| 4. | HS-13 | Henry Strickland Privilege Log | | | | AGREED |
| 5. | | E-mail dated March 7, 2014 from Rosenbloom to Bradford | TB (PA) 003 | | | AGREED |
| 6. | | E-mail dated March 8, 2014 from Rosenbloom to Bradford | TB (PA) 006 | | | AGREED |
| 7. | PI-4 | Curriculum Vitae of Dr. Porter | | | | |
| 8. | PI-6 | Compton's Invalidity Claim Chart | | | | |
| 9. | PI-7 | Surfpunk's Invalidity Claim Chart | | | | |
| 10. | PI-8 | The NCSA Website's Invalidity Claim Chart | | | | |
| 11. | PI-9 | The NRL Website's Invalidity Claim Chart | | | | |
| 12. | PI-10 | The RealAudio Website's Invalidity Claim Chart | | | | |

1

| Plaintiff's Trial Exhibit No. | Depo Exhibit No. | Description | Bates Numbers | Marked | Admitted | Objections |
|---|---|---|---|---|---|---|
| 13. | PI-11 | Klemets' Invalidity Claim Chart | | | | |
| 14. | PI-12 | Information Disclosure Statement | | | | |
| 15. | PI-13 | Notice of Allowability | | | | |
| 16. | PI-14 | Article About the Internet CNN Newsroom | | | | |
| 17. | PI-15 | Surfpunk Technical Journal | | | | |
| 18. | PI-16 | List of the Interviews for the Geek of the Week | | | | AGREED |
| 19. | PI-17 | E-mail Traffic | | Marked 9/10 | Admitted 9/10 | AGREED |
| 20. | PI-18 | First International World-Wide Web Conference Material | | | | |
| 21. | | Article available at https://web.archive.org/web/19961220063151/http://www.ncsa.uiuc.edu/radio/radio.html. | | Marked 9/11 | Admitted 9/11 | AGREED |
| 22. | | Surf Punk available at https://web.archive.org/web/19961220063151/http://www.ncsa.uiuc.edu/radio/radio.html. | | | | AGREED |
| 23. | | Geek of Weeks Page - http://town.hall.org/radio/Geek | | | | AGREED |
| 24. | | www.cmf.nrl.navy.mil/radio/radio.html. | | | | AGREED |

2

| Plaintiff's Trial Exhibit No. | Depo Exhibit No. | Description | Bates Numbers | Marked | Admitted | Objections |
|---|---|---|---|---|---|---|
| 25. | | http://server/htbin/playdefault/conf1/talk12Johns_speech | | | | AGREED |
| 26. | | http://www.ietf.org/mail-archive/text/avt/rem/rem-conf-1993-11 | | | | AGREED |
| 27. | | IETF RFC 1033, published in November 1987 | | | | AGREED |
| 28. | | IETF RFC 1034, published in November 1987 | | | | AGREED |
| 29. | | http://web.archive.org/web/19990501225115/http://www.cmf.nrl.navy.mil/notice.htm | | | | AGREED |
| 30. | Richard Dean Ex. 1 | Resume of Richard Dean | | | | |
| 31. | Richard Dean Ex. 10 | Subpoena | | | | AGREED |
| 32. | Richard Dean Ex. 11 | Wall Street Journal article entitled, "Comcast, Disney Will Add Web Shows for Subscribers" | | | | AGREED |
| 33. | Richard Dean Ex. 12 | Wall Street Journal article entitled, "Disney Adds More Streaming" | | | | AGREED |
| 34. | Richard Dean Ex. 13 | E-mail string, latest E-mail dated December 5, 2013 from Brian Rosenbloom to Rich Dean | | | | AGREED |
| 35. | JF-16 | Resume of Joseph Follansbee | | | | |
| 36. | JF-17 | Email, March 7, 2014 | | | | AGREED |
| 37. | JF-18 | Email dated February 13, 2014 | | | | AGREED |
| 38. | JF-19 | Electronic Frontier Foundation Article | | | | |
| 39. | JF-20 | Email dated February 12, 2014 | | | | AGREED |
| 40. | JB-6 | Email dated February 25, 2014 to Jerry Black from Brian Rosenbloom | JB(PA)0000001 | | | AGREED |
| 41. | JB-7 | Article titled EFF Files Challenge With Patent Office Against Troll's Podcasting Patent, dated October 16, 2013 | | | | AGREED |
| 42. | JB-8 | E-mail chain, the most recent dated February 25, 2014 to Brian Rosenbloom from Jerry Black re: Patent lawsuit | JB(PA)0000022-23 | | | AGREED |
| 43. | Anderson Ex. 4 | Subpoena to Scott Anderson | | | | AGREED |

3

| Plaintiff's Trial Exhibit No. | Depo Exhibit No. | Description | Bates Numbers | Marked | Admitted | Objections |
|---|---|---|---|---|---|---|
| 44. | Anderson Ex. 5 | Article: "McVeigh: Should He Die?", Oneline NewsHour:McVeigh Sentencing, June 4, 1997 | | | | AGREED |
| 45. | GD-3 | Email to Greg Dewar from Brian Rosenbloom, March 19, 2014 | GD(PA)0000001 | | | AGREED |
| 46. | GD-4 | Subpoena to Greg Dewar | | | | AGREED |
| 47. | GD-5 | Resume for Greg Dewar | GD(PA)0000024-27 | | | |
| 48. | Miller-2 | Diagram titled Data Center Physical Redundancy | TPFM-1 | | | Hearsay (802); no authenticity (901); lack of foundation |
| 49. | Miller-3 | Diagram titled A Service Oriented Architecture | TPFM 2-3 | | | Hearsay (802); no authenticity (901); lack of foundation |
| 50. | Miller-4 | Document titled Evaluating Web Service APIs | TPFM 4-16 | | | Hearsay (802); no authenticity (901); lack of foundation |
| 51. | Miller-5 | Document titled MPX Overview White Paper | TPFM 17-47 | | | Hearsay (802); no authenticity (901); lack of foundation |
| 52. | Miller 12 | Spreadsheet titled Media Requests per Month | TPFM 203-208 | | | AGREED ON CONDITION THAT IT WILL BE REDACTED AS TO OTHER DEFENDANTS |
| 53. | Miller-13 | Spreadsheet titled Newscorp companies (Invoices 2/1/12 to 4/30/14) | TPFM 166-173 | | | Hearsay (802); no authenticity (901); lack of foundation; irrelevant, refers to other defendants (401/402) |

4

| Plaintiff's Trial Exhibit No. | Depo Exhibit No. | Description | Bates Numbers | Marked | Admitted | Objections |
|---|---|---|---|---|---|---|
| 54. | Miller 14 | Spreadsheet titled CBS companies (Invoices 2/1/12 to 4/30/14) | TPFM 174-175 | | | AGREED ON CONDITION THAT IT WILL BE REDACTED AS TO OTHER DEFENDANTS |
| 55. | Miller 15 | Spreadsheet titled NBCU companies (Invoices 2/1/12 to 4/30/14) | TPFM 176-189 | | | Hearsay (802); no authenticity (901); lack of foundation; irrelevant, refers to other defendant (401/402) |
| 56. | Miller 16 | Memo 9/11/13 to Kiriacoulacos from Rina Patel re: enterprise license for thePlatform | TPFM 190-191 | | | Hearsay (802); no authenticity (901); lack of foundation; incomplete document (106); irrelevant, refers to other defendant (401/402) |
| 57. | Miller 17 | Document titled CBS | TPFM 48-51 | | | Hearsay (802); no authenticity (901); lack of foundation |
| 58. | Miller 18 | Composite of documents, first titled FOX Broadcasting | TPFM 52-91 | | | Hearsay (802); no authenticity (901); lack of foundation; irrelevant, refers to other defendant (401/402) |

| Plaintiff's Trial Exhibit No. | Depo Exhibit No. | Description | Bates Numbers | Marked | Admitted | Objections |
|---|---|---|---|---|---|---|
| 59. | Miller 19 | Composite of documents, first titled NBC News | TPFM 92-146 | | | Hearsay (802); no authenticity (901); lack of foundation; irrelevant, refers to other defendant (401/402) |
| 60. | Horowitz 20 | Set of Specifications written by program managers at the Platform that describe the functionality and high-level design of a set of services | TPFM 209-893 | | | Hearsay (802); no authenticity (901); lack of foundation; irrelevant (401/402) |
| 61. | | United States Patent 8,112,504 | | | | |
| 62. | Randell 2 | CBS Audience Network Chart | CBS 59 | | | |
| 63. | Randell 3 | HTML version of web page for Big Bang Theory | | | | |
| 64. | Randell 4 | Example of SMILE File | CBS 651-652 | | | |
| 65. | Randell 5 | HTML response from CBS.com | CBS 181-220 | | | |
| 66. | Randell 6 | UVP Flash Quickstart Guide | CBS 68-75 | | | |
| 67. | Randell 7 | HTML response for Criminal Minds | CBS 129-70 | | | |
| 68. | Randell 8 | Breakout of video streams/impressions/ad revenue/expenses | CBS 221 | | | |
| 69. | Mantell 9 | CBSi Online Streaming 2012 Streams Impressions Revenue | CBS 642 | | | |
| 70. | Mantell 10 | CBSi Online Streaming Full Episodes Only 2012 | CBS 1180-81 | Marked 9/9 | Admitted 9/9 | |
| 71. | Mantell 11 | CBSi Online Streaming Full Episodes Only 2013 | CBS 1182-83 | Marked 9/9 | Admitted 9/9 | |
| 72. | Mantell 12 | CBSi Online Streaming Steams/Impressions/Revenues/Expenses 2014 Q1 | CBS 1184-85 | Marked 9/9 | Admitted 9/9 | |
| 73. | Mantell 14 | Document downloaded from CBS website | | Marked 9/9 | Admitted 9/9 | Objection overruled at pre-trial conference |
| 74. | Mantell 15 | CBS Memorandum | CBS 238-239 | | | |
| 75. | Mantell 16 | Broadcast Order | CBS 722-723 | | | |

6

| Plaintiff's Trial Exhibit No. | Depo Exhibit No. | Description | Bates Numbers | Marked | Admitted | Objections |
|---|---|---|---|---|---|---|
| ~~76.~~ | ~~Aizer-2~~ | ~~Step-by-step guide on editing and publishing/posting podcast~~ | ~~CBS 115-128~~ | | | |
| ~~77.~~ | ~~Aizer-3~~ | ~~Document tracking number of media starts of podcasts~~ | ~~CBS 303-606~~ | | | |
| ~~78.~~ | ~~Aizer-4~~ | ~~Document for ad campaign for Anchor Bay Studios/Entertainment~~ | ~~CBS 649-650~~ | | | |
| ~~79.~~ | ~~Aizer-5~~ | ~~Network Advertising Broadcast Order~~ | ~~CBS 722-723~~ | | | |
| ~~80.~~ | ~~Gervais-2~~ | ~~Document given to a potential new platform that CBS News wants partnership with~~ | ~~CBS News (PA5)~~ | | | |
| ~~81.~~ | ~~Gervais-3~~ | ~~Inventory List~~ | ~~CBS(PA6)~~ | | | |
| ~~82.~~ | ~~Gervais-4~~ | ~~IEYE Cast podcast Guide~~ | ~~CBS 7-26~~ | | | |
| ~~83.~~ | ~~Gervais-5~~ | ~~Supplement to manual upload guide~~ | ~~CBS 27~~ | | | |
| ~~84.~~ | ~~Gervais-6~~ | ~~RSS feed for "60 Minutes"~~ | ~~CBS 222-224~~ | | | |
| ~~85.~~ | ~~Gervais-7~~ | ~~Actual XML code for "60 Minutes" podcasdt~~ | ~~CBS 225-227~~ | | | |
| ~~86.~~ | ~~Gervais-8~~ | ~~Support Agreement~~ | ~~CBS 228-237~~ | | | |
| ~~87.~~ | ~~Gervais-9~~ | ~~XML for "CBS News Weekend Roundup" Podcast~~ | ~~CBS 643-45~~ | | | |
| ~~88.~~ | ~~Gervais-10~~ | ~~CBS Radio News XML Feed~~ | ~~CBS 639-640~~ | | | AGREED |
| ~~89.~~ | ~~Gervais-13~~ | ~~Example of insertion~~ | ~~CBS 659~~ | | | |
| ~~90.~~ | ~~Gervais-14~~ | ~~Agreement with Kit Gray~~ | ~~CBS 660-63~~ | | | |
| ~~91.~~ | ~~Gervais-15~~ | ~~Amendment to agreement with Kit Gray~~ | ~~CBS 664~~ | | | |
| ~~92.~~ | ~~Gervais-16~~ | ~~Breakdown of podcast earnings as of Jan 2, 2014~~ | ~~CBS 692~~ | | | |
| ~~93.~~ | ~~Gervais-17~~ | ~~Breakdown of downloads of various podcasts~~ | ~~CBS 693-99~~ | | | |
| ~~94.~~ | ~~Gervais-18~~ | ~~Breakdown of downloads of various podcasts~~ | ~~CBS 700-705~~ | | | |
| ~~95.~~ | ~~Gervais-19~~ | ~~New method for tracking podcast downloads~~ | ~~CBS 706-713~~ | | | |
| 96. | | thePlatform agreement | CBS 750-768 | Marked 9/9 | Admitted 9/9 | |
| 97. | | thePlatform Order Form | CBS 792-796 | Marked 9/9 | Admitted 9/9 | |
| 98. | | thePlatform agreement | CBS 797-815 | | | |
| 99. | | Harris Media Invoices | CBS 1047-1053 | | | |
| 100. | | The Bold and the Beautiful | CBS 1258-1262 | | | |
| 101. | | B and the B sponsorship | CBS 1263-1270 | | | |

| Plaintiff's Trial Exhibit No. | Depo Exhibit No. | Description | Bates Numbers | Marked | Admitted | Objections |
|---|---|---|---|---|---|---|
| 102. | | CBS Gives You More: 2014 Upfront Overview | CBS 1271-1300 | | | |
| 103. | | Market Research | CBS 1301-1307 | | | |
| 104. | | Big Bang Theory Episode 2 Statistics | CBS 1321-1326 | | | |
| 105. | | Advertising Promotional Document for CBS.com | CBS 1327-1333 | | | |
| 106. | | Advertising Promotional Document for CBS.com | CBS 1334-1340 | | | |
| 107. | | Advertising Promotional Document for CBS.com | CBS 1341-1347 | | | |
| 108. | | Digital Platform Sales Training | CBS 1348-1362 | | | |
| 109. | | Unique visitors | CBS 1363-1364 | | | |
| 110. | | CBS Delivers the Best of Breed: Major tentpole event case studies | CBS 1365-1389 | | | |
| 111. | | CBS Interactive Advertising Promotional doc | CBS 1393-1445 | | | |
| 112. | | CBS Interactive Advertising Promotional doc | CBS 1446-1493 | | | |
| 113. | | CBS Interactive Advertising Promotional doc | CBS 1494-1536 | | | |
| 114. | | CBS Interactive Skin | CBS 1537-1540 | | | |
| 115. | | CBS Interactive Advertising Promotional doc | CBS 1575-1625 | | | |
| 116. | | CBS Interactive Advertising Promotional doc | CBS 1626-1676 | | | |
| 117. | | CBS Interactive Advertising Promotional doc | CBS 1677-1724 | | | |
| 118. | | CBS dominates competition on YouTube | CBS 1725 | | | |
| 119. | | CBS.com v. ABC.com – Beating the competition | CBS 1738-1740 | | | |
| 120. | | CBS.com v. FOX.com – No Comparison | CBS 1742-1744 | | | |
| 121. | | CBS.com v. NBC.com – No Comparison | CBS 1746-1748 | | | |
| 122. | | Home Page Take Over "Plus" | CBS 1750 | | | |
| 123. | | Ad layout on CBS.com page | CBS 1760 | | | |
| 124. | | CBS comscore report | CBS 2164-2450 | | | |
| 125. | | CBS comscore data | CBS 2451-2687 | | | |
| 126. | | CBS comscore report | CBS 2688-2784 | | | |
| 127. | | CBS-TV Research Report | CBS 2785-2787 | | | |
| 128. | | CBS Multi-Platform Audiences Data/E-mail | CBS 2788-2791 | | | |
| 129. | | CBS comscore report | CBS 2792-2903 | | | |
| 130. | | CBS FreeWheel report Q4 2013 | CBS 2904-2917 | | | |
| 131. | | CBS Corporation Sizzle Reel | CBS MOV 001 | | | |

| Plaintiff's Trial Exhibit No. | Depo Exhibit No. | Description | Bates Numbers | Marked | Admitted | Objections |
|---|---|---|---|---|---|---|
| 132. | | Print out of Apps.microsoft.com/windows/en-us/app/cbs/3d731f11-faa1-44e6-bfe3-3fb869f381e4 | | | | AGREED |
| 133. | | Print out of CBS Audience Network, About, www.cbs.com/can_player/about.php | | | | AGREED |
| ~~134.~~ | | ~~January 24, 2013 letter from Richard A. Baker, Jr. to Louis J. Briskman re: Licensing Podcast Technology; United States Patent 8,112,504~~ | PERSAUDIO014433 | | | ~~Irrelevant (401/402); prejudicial (403); hearsay (802); Lack of authenticity (901); not timely identified as an exhibit~~ |
| 135. | | The Big Bang Theory Website snapshots (2) and entire webpage of http://www.cbs.com/shows/big_bang_theory/video/B886C031-DCAE-4D0A-7F0ED8CFB0410592/the-big-bang-theory-the-gorilla-dissolution/ (Exhibit 3 to Dr. Almeroth's Expert Report on Infringement) (native files) | | | | AGREED |
| 136. | | Wireshark Testing Data (Exhibit 4 to Dr. Almeroth's Expert Report on Infringement) (native files) | | | | AGREED |
| 137. | | Fiddler2 Testing Data (Exhibit 5 to Dr. Almeroth's Expert Report on Infringement) (native files) | | Marked 9/9 | Admitted 9/9 | AGREED |
| 138. | | Top Paragraph of Page 1-5 of CBS 10-k form for 2013 fiscal year (remainder of page redacted) | PERSAUDIO112768 | | | AGREED |
| 139. | | Technicolor MP3 Licensed Companies | PERSAUDIO109966-109975 | | | AGREED |
| 140. | | Technicolor MP3 Royalty Rates | PERSAUDIO113019-20 | | | AGREED |
| 141. | | CV of David Leathers (Exhibit 2 to David Leathers Expert Report) | | | | AGREED |

9

| Plainitff's Trial Exhibit No. | Depo Exhibit No. | Description | Bates Numbers | Marked | Admitted | Objections |
|---|---|---|---|---|---|---|
| 142. | | CBS Presentation, "The Largest Online Network of Premium Content" | PERSAUDIO111724-111751 | | | AGREED |
| ~~143.~~ | | ~~Fenner e-mails~~ | ~~BF(PA)0000110-BF(PA)0000111~~ | | | ~~AGREED~~ |
| 144. | | Richard Dean e-mails | RD (PA)0000090 - RD (PA)0000099 | | | AGREED |

10