# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC, | § § § | |
| Plaintiffs, | § § | Case No. 2:13-CV-13-JRG-RSP |
| v. | § § | LEAD CASE |
| TOGI ENTERTAINMENT, INC., | § § § | |
| CBS CORPORATION, | § § | Case No. 2:13-CV-270-JRG-RSP |
| NBCUNIVERSAL MEDIA, LLC, | § § | Case No. 2:13-CV-271-JRG-RSP |
| FOX BROADCASTING Co., et al. | § § | Case No. 2:13-CV-577-JRG-RSP |

## ORDER

The Court hereby ORDERS the parties in Case Nos. 2:13-cv-270, 2:13-cv-271, and 2:13-cv-577 to jointly mediate their disputes before the Hon. Robert Faulkner c/o JAMS, Dallas, Texas, no later than October 31, 2014. Each party shall attend with lead and local counsel and with a corporate representative who has full and unilateral authority to compromise all such disputes. All attendees shall attend in person and shall not exit such mediation session until authorized by the mediator. This District's Court-Annexed Mediation Plan shall apply in all respects, unless altered by the specific terms of this order, in which case this order shall control.

**So ORDERED and SIGNED this 18th day of September, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE